IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, and PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>  Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No.  14-CV-305-GKF-PJC |

## FORD MOTOR COMPANY'S RULE 7.1 DISCLOSURE

Pursuant to FED. R. CIV. P. 7.1, Defendant Ford Motor Company (Ford) discloses that it is a publicly-held corporation whose shares are traded on the New York Stock Exchange.  Ford has no parent corporation.  State Street Corporation owns more than 10% of Ford Motor Company's stock.

              MCAFEE & TAFT

              By: /s/ Suzanne E. Kern
              MARY QUINN COOPER, OBA# 11966
              WILLIAM S. LEACH, OBA # 14892
              SUZANNE E. KERN, OBA # 30134
              1717 S. Boulder, Suite 900
              Tulsa, OK 74119
              (918) 587-0000
              Attorneys for Defendant, Ford Motor Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

>Jason E. Marshall
>Cathcart & Dooley
>2807 Classen Blvd.
>Oklahoma City OK  73106

/s/ Suzanne E. Kern